IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CEDRIC LEON SHEPHERD,

    Plaintiff,

v.

R. WERLINGER, *et al.*

    Defendants.

ORDER

Case No. 15-cv-220-wmc

The court having provided plaintiff until November 15, 2017, to show cause why this case should not be dismissed for failure to prosecute and having heard nothing, IT IS HEREBY ORDERED that the above case is DISMISSED with prejudice. The clerk of court is directed to enter judgment and close this case.

Entered this 12th day of December, 2017.

BY THE COURT:

WILLIAM M. CONLEY
District Judge