IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CEDRIC LEON SHEPHERD,

    Plaintiff,                            JUDGMENT IN A CIVIL CASE

v.                                     Case No. 15-cv-220-wmc

R. WERLINGER, R.E. WILLIAMS,
JOSEPH HELMIN, STACEY LENORUD,
PAUL M. LAIRD and HARRELL WATTS,

    Defendants.

---

      This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

---

      IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice for plaintiff Cedric Leon Shepherd's failure to prosecute it.

      /s/                                   12/12/2017

| Peter Oppeneer, Clerk of Court | Date |
|---|---|